FID# 10491357

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| United States of America | ) |
| v. | ) |
| | ) Case No. 18-20014 SHL |
| TIMOTHY WRIGHT | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* TIMOTHY WRIGHT,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841- Possession with intent to distribute a controlled substance
21 U.S.C. § 841 - attempt or conspiracy

Date: 1/23/18

*Issuing officer's signature*

City and state: MEMPHIS, TENNESSEE    THOMAS M. GOULD - CLERK, U.S. DISTRICT COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 1-31-18, and the person was arrested on *(date)* 1-31-18
at *(city and state)* Memphis, TN

Date: 1-31-18

*Arresting officer's signature*

Shane Fisher   DUSM
*Printed name and title*